January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Warren Newcome, William T. Faricy,* and *Nelson J. Wilcox* for petitioner. *Mr. L. W. Crawhall* for respondent.

No. 592. KLEINSCHMIDT *v.* GLOBE-DEMOCRAT PUBLISHING Co. January 18, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Arthur E. Simpson* and *R. E. Kleinschmidt* for petitioner. *Messrs. Lon O. Hocker* and *Frank Y. Gladney* for respondent.

No. 598. DAVIDSON ET AL. *v.* HURDMAN ET AL. January 18, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Charles Segal* for petitioners. *Mr. Warner Pyne* for respondents.

No. 576. OKIN *v.* SECURITIES AND EXCHANGE COMMISSION. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Samuel Okin* for petitioner. *Solicitor General Fahy* and *Messrs. Richard S. Salant, John F. Davis,* and *Homer Kripke* for respondent.

No. 570. SOUTH *v.* RAILROAD RETIREMENT BOARD. January 18, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Winfield Payne Jones* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Joseph H. Freehill,*